134

## David S. Jensen, Appellee, v. Baltimore and Ohio Railroad Company, Appellant.

Gen. No. 43,587.

opinion filed November 20, 1946; rehearing denied December 4, 1946; released for publication December 5, 1946. Rawlins & Wright and E. W. Lademann, for appellant; Fay Warren Johnson, of counsel; William H. DeParcq and Samuel Cohen, for appellee; R. J. McDonald and Donald T. Barbeau, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.